HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DESTANI LUJAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>DESTANI LUJAN,<br><br>         Defendant. | Case 1:20-mj-00088-SAB<br><br>**CONSENT TO APPEAR BY VIDEO TELECONFERENCE** |

   I, Destani Lujan, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my change of plea in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by video teleconference for the change of plea hearing currently set for March 18, 2021.

Dated: March 17, 2021           */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant
                                DESTANI LUJAN

Dated: March 17, 2021           */s/ Destani Lujan*
                                DESTANI LUJAN
                                Defendant

## ORDER

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Destani Lujan is permitted to appear by video teleconference for the change of plea scheduled to take place on March 18, 2021.

IT IS SO ORDERED.

Dated:   **March 17, 2021**

UNITED STATES MAGISTRATE JUDGE