**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-mj-00088-SAB-1 |
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| DESTANI LUJAN, | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

**Convicted of:** Violating initial term of probation by failing to timely pay fine and failing to obey all laws.

**Sentence Date:** May 19, 2022

**Review Hearing Date:** March 16, 2023

**Probation Expires On:** May 19, 2023

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $100.00, which Total Amount is made up of a Fine: $100.00; Special Assessment: $0; Processing Fee: $0; Restitution: $0.

☐ Payment schedule of $_____ per month by the _____ of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $_____
  ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                       Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Chan Hee Chu

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 3/16/2023 at 10:00 a.m.

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 2/23/2023    _/s/ Erin M. Snider_
                   DEFENDANT'S COUNSEL

DATED: 2/23/2023    _/s/ Chan Hee Chu_
                   GOVERNMENT COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **February 23, 2023**

UNITED STATES MAGISTRATE JUDGE